UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
CIVIL ACTION NUMBER:  4:15-cv-00670-RBH

| | |
|---|---|
| James Leroy Sponheim,                    )<br>                                                       )<br>            Plaintiff,                         )<br>                                                       )<br>     vs.                                             )<br>                                                       )<br> Penske Truck Leasing Co., L.P. and Randy   )<br>Mark Kiriluk, both individually and as an agent )<br>for Penske Truck Leasing Co., L.P.,      )<br>                                                       )<br>            Defendants.                     )<br>_____ | **ORDER TO REMAND** |

THIS MATTER is before the court on the Consent Motion to Remand filed by Plaintiff and Defendants Penske Truck Leasing Co., L.P. and Randy Mark Kiriluk, by and through counsel.  Having considered the motion, the Court enters the following Order.

**ORDER**

IT IS, THEREFORE, ORDERED that the Consent Motion for Remand is GRANTED, and this action is REMANDED to the Circuit Court for the County of Horry, State of South Carolina.

IT IS SO ORDERED.

October 30, 2015                                                       s/ R. Bryan Harwell
Florence, South Carolina                                         R. Bryan Harwell
                                                                              United States District Judge